IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

EMILY PATERSON,                          )
                                         )
        Plaintiff,                       )
                                         )        Civil Action No. 1:24-cv-345 (RDA/IDD)
        v.                               )
                                         )
EXPERIAN INFORMATION                     )
SOLUTIONS, INC., *et al.*,                 )
                                         )
        Defendants.                      )

## ORDER

This matter comes before the Court on Plaintiff Emily Paterson's Notice of Settlement. Dkt. 28. The parties assert that they have settled this case and are finalizing the terms and performance of that resolution. Accordingly, it is hereby ORDERED that the Clerk of Court shall administratively close this case and place it among the ended causes; and it is

FURTHER ORDERED that on or before Monday, January 27, 2025, the parties shall file a joint stipulation of dismissal which dismisses all of plaintiff's claims without further order from this Court. If for some reason the parties ultimately do not reach a formalized settlement agreement, the parties shall have until Monday, February 10, 2025, to move to reopen this matter.

It is SO ORDERED.

Alexandria, Virginia
January 15, 2025

                                                /s/
                                        _____
                                        Rossie D. Alston, Jr.
                                        United States District Judge