IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMILY PATERSON,<br><br>                               Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, *et al.,*<br><br>                             Defendants. | Civil Action No. 1:24-cv-345-RDA-IDD |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, by counsel, and with the signature of counsel for Defendant, JPMorgan Chase Bank, N.A., stipulates to the dismissal with prejudice of all claims in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

AND THIS CAUSE IS ENDED.

DATED: January 27, 2025                                              Respectfully submitted,

By: __/s/ Kristi C. Kelly____                                             By: __/s/ Matthew L. Devendorf____
Kristi C. Kelly (VSB #72791)                                          Matthew L. Devendorf, VSB No. 90670
Andrew J. Guzzo (VSB #82170)                                     MILES & STOCKBRIDGE P.C.
Casey S. Nash (VSB #84261)                                         1751 Pinnacle Drive, Suite 1500
J. Patrick McNichol (VSB #92699)                                Tysons Corner, Virginia 22102
Matthew S. Rosendahl (VSB #93738)                           Telephone: (703) 610-8693
KELLY GUZZO, PLC                                                       Facsimile: (703) 842-6458
3925 Chain Bridge, Suite 202                                        Email: mdevendorf@milesstockbridge.com
Fairfax, VA  22030                                                          *Counsel for JPMorgan Chase Bank, N.A.*
Telephone: (703) 424-7572
Facsimile:  (703) 591-0167
E-mail  kkelly@kellyguzzo.com
E-mail: aguzzo@kellyguzzo.com
E-mail: casey@kellyguzzo.com
E-mail: pat@kellyguzzo.com
E-mail: matt@kellyguzzo.com
*Counsel for Plaintiff*

1