IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMILY PATERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-345 (RDA/IDD) |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal. Dkt. 30. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that Defendant JPMorgan Chase Bank's Motion for Leave to File Counterclaim is DENIED as moot.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
January 30, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge